No. 03–9498. IN RE RIGSBY. Petition for writ of mandamus denied.

No. 03–184. BALLARD ET UX. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 11th Cir.; and

No. 03–1034. ESTATE OF KANTER, DECEASED, ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 7th Cir. Certiorari granted, cases consolidated, and a total of one hour alloted for oral argument.

No. 03–897. NORTH CAROLINA PAYPHONE ASSN. *v.* FEDERAL COMMUNICATIONS COMMISSION ET AL. C. A. D. C. Cir. Certiorari denied.

No. 03–909. LOUIS *v.* ASHCROFT, ATTORNEY GENERAL. C. A. 3d Cir. Certiorari denied.

No. 03–1042. SENIOR TECHNOLOGIES, INC. *v.* R. F. TECHNOLOGIES, INC. C. A. Fed. Cir. Certiorari denied.

No. 03–1052. GLENDALE UNIFIED HIGH SCHOOL DISTRICT No. 205 OF MARICOPA COUNTY *v.* SAVAGE. C. A. 9th Cir. Certiorari denied.

No. 03–1063. JONES *v.* FLOWSERVE FCD CORP. ET AL. C. A. 5th Cir. Certiorari denied.

No. 03–1068. NIPPON KAIJI KYOKAI CORP. *v.* OTTO CANDIES, L. L. C. C. A. 5th Cir. Certiorari denied.

No. 03–1174. NORTON ET VIR *v.* HALL ET AL. Sup. Jud. Ct. Me. Certiorari denied.

No. 03–1177. ZELINSKY ET UX. *v.* TAX APPEALS TRIBUNAL OF NEW YORK ET AL. Ct. App. N. Y. Certiorari denied.

No. 03–1182. RILEY ET AL. *v.* ECKARD BRANDES, INC. C. A. 9th Cir. Certiorari denied.